## U.S. PACKAGING, INC. v. BRADLEY

No. 336P92

Case below: 107 N.C.App. 303

Petition by defendant (Cecil Edward Bradley, Jr.) for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.